RANDALL K. MILLER (admitted *pro hac vice*)
NICHOLAS M. DEPALMA (admitted *pro hac vice*)
RANDAL M. SHAHEEN (subject to admission *pro hac vice*)
VENABLE LLP
8010 Towers Crescent Drive
Suite 300
Tysons Corner, VA 22182
(Phone) 703.905.1449
(Fax) 703.821.8949
Email: kmiller@venable.com
nmdepalma@venable.com
rmshaheen@venable.com

CELESTE M. BRECHT (SBN 238604)
VENABLE LLP
2049 Century Park East
Suite 2100
Los Angeles, CA 90067
(Phone) 310-229-9900
(Fax) 310-229-9901
Email: cmbrecht@venable.com

Attorneys for MORGAN DREXEN
and WALTER LEDDA



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CONSUMER FINANCIAL PROTECTION BUREAU

Plaintiff,

v.

MORGAN DREXEN, INC.
and
WALTER LEDDA, individually, and as owner, officer, or manager of Morgan Drexen, Inc.

Defendants.

CASE NO. SACV13-01267 JLS (JEMx)

Hon. Josephine L. Staton
Courtroom: 10A (Santa Ana)

**DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION TO DISMISS**

**DATE:** **December 20, 2013**
**TIME:** **2:30 p.m.**
**CTRM:** **10A**

Action Filed: August 20, 2013
Trial Date: Not set

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on December 20, 2013 at 2:30 p.m., before the Honorable Josephine L. Staton, in Courtroom 10A of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, CA 92701-4516, Defendants Morgan Drexen, Inc. and Walter Ledda, will and hereby do move the Court to dismiss the Complaint because CFPB is unconstitutional and the Complaint otherwise fails to state a claim for relief under Federal Rule of Civil Procedure 12(b)(6).

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on Friday, October 18, 2013. Counsel were unable to reach a resolution other than to the date for hearing of the motion.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Nicholas M. DePalma, all pleadings, records, and papers filed in this action, the argument of counsel, any supplemental memoranda that may be filed by the parties, and such further evidence as the Court may consider at or before the hearing of this Motion.

Dated: October 28, 2013

VENABLE LLP

By: /s/ Celeste M. Brecht
Celeste M. Brecht
Attorneys for Defendants
MORGAN DREXEN and
WALTER LEDDA

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900