UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 13-1267-JLS (JEMx) | Date | December 20, 2013 |
| Title | Consumer Financial Protection Bureau v. Morgan Drexen, Inc., et al. | | |

| | |
|---|---|
| Present: The Honorable | JOSEPHINE L. STATON, U.S. District Judge |

| | |
|---|---|
| Terry Guerrero | Deborah Parker |
| Deputy Clerk | Court Reporter / Recorder |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| R. Gabriel O'Malley<br>Nandan Joshi | Randall Miller<br>Celeste Brecht<br>Jeffrey Katz |

**Proceedings:** Hearing Re Defendants' Motion to Dismiss [22]

Hearing held. Arguments heard. Matter taken under submission.

: 15

Initials of Preparer tg