# AMENDED
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  SACV 13-01267-JLS (JEMx)                                  Date:  January 15, 2014

Title:  Consumer Financial Protection Bureau v. Morgan Drexen, Inc., et al.

Present: **The Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Terry Guerrero  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:   (In Chambers) SCHEDULING ORDER – AMENDED (changes asterisked)**

On the Court's own motion, the Scheduling Conference set for hearing on January 17, 2014, is VACATED and taken off calendar, and the following dates are set.  Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order.  Generally, motions should be set for hearing on the Court's first available date.  Counsel is advised that the Court does not stay discovery pending a ruling on a motion to dismiss.  Finally, the dates below have been adjusted in accordance with the revised Order Setting Scheduling Conference (rev. 1/14) and will not be continued absent a showing of good cause.

| | |
|---|---|
| Last Day to File a Motion to Add Parties and Amend Pleadings: | March 18, 2014 |
| Fact Discovery Cut-off: | July 18, 2014* |
| Last Day to Serve Initial Expert Reports: | August 1, 2014* |
| Last Day to File Motions (excluding *Daubert* Motions and all other Motions in Limine): | August 1, 2014* |
| Last Day to File Rebuttal Expert Reports: | August 29, 2014* |
| Last Day to Conduct Settlement Proceedings: | September 19, 2014* |
| Expert Discovery Cut-off: | September 26, 2014* |
| Last Day to File *Daubert* Motions: | October 6, 2014* |

---

**AMENDED**
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 13-01267-JLS (JEMx)                          Date:  January 15, 2014

Title:  Consumer Financial Protection Bureau v. Morgan Drexen, Inc., et al.

| | |
|---|---|
| Last Day to File Motions in Limine (excluding *Daubert* motions): | October 24, 2014 |
| Final Pretrial Conference (1:30 p.m.): | November 21, 2014 |
| Last Day to File Proposed Findings of Fact and Conclusions of Law: | December 5, 2014 |
| Exhibit Conference (3:30 p.m.): | December 5, 2014 |
| Bench Trial (9:00 a.m.): | December 9, 2014 |
| Trial Estimate: | 10 days |

                                                              Initials of Preparer:   JR