NOTE: CHANGES HAVE BEEN
MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>Morgan Drexen, Inc., and<br>Walter Ledda, individually, and as<br>owner, officer, or manager of Morgan<br>Drexen, Inc.,<br><br>Defendants. | Case No.: SACV13-01267-JLS (JEMx)<br><br>**AMENDED SCHEDULING ORDER** |

Pursuant to the Joint Stipulation to Amend the Scheduling Order filed by the Plaintiff, the Consumer Financial Protection Bureau, and Defendants, Morgan Drexen, Inc. and Walter Ledda, and for good cause shown, this Court hereby modifies the Scheduling Order entered on January 15, 2014, as follows:

**August 18, 2014 –**     **Fact Discovery Cut-off**

**September 5, 2014 –**     **Last Day to Serve Initial Expert Reports**

**September 5, 2014 –**     **Last Day to File Motions (excluding *Daubert* Motions and all other Motions in Limine)**

**September 26, 2014 –**     **Last day to File Rebuttal Expert Reports**

**October 17, 2014 –**     **Last Day to Conduct Settlement Proceedings**

**October 24, 2014 –**     **Expert Discovery Cut-Off**

**October 31, 2014 –**     **Last Day to File *Daubert* Motions**

**November 21, 2014 –**     **Last Day to File Motions in Limine (excluding *Daubert* Motions)**

The continuances set forth above shall have no effect on the dates set forth in the Order dated May 6, 2014 (Doc. 76), including the trial date of February 10, 2015.

SO ORDERED:

Dated: May 22, 2014

_____
Honorable Josephine L. Staton
United States District Judge