GERALD A. KLEIN
KLEIN & WILSON
326 Old Newport Boulevard
Newport Beach, CA 92663
Tel. (949) 631-3300
Fax. (949) 631-3703
Email: klein@kleinandwilson.com

RANDALL K. MILLER (admitted *pro hac vice*)
NICHOLAS M. DEPALMA (admitted *pro hac vice*)
RANDAL M. SHAHEEN (admitted *pro hac vice*)
VENABLE LLP
8010 Towers Crescent Drive
Suite 300
Tysons Corner, VA 22182
(Phone) 703.905.1449
(Fax) 703.821.8949
Email: rkmiller@venable.com
nmdepalma@venable.com

CELESTE M. BRECHT (SBN 238604)
VENABLE LLP
2049 Century Park East
Suite 2100
Los Angeles, CA 90067
(Phone) 310-229-9900
(Fax) 310-229-9901
Email: cmbrecht@venable.com

Attorneys for MORGAN DREXEN
and WALTER LEDDA

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU<br><br>Plaintiff,<br><br>v.<br><br>MORGAN DREXEN, INC. and WALTER LEDDA, individually, and as owner, officer, or manager of Morgan Drexen, Inc.<br><br>Defendants. | CASE NO. SACV13-01267 JLS (JEMx)<br><br>Hon. Josephine L. Staton<br>Courtroom: 10A (Santa Ana)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF CONSUMER FINANCIAL PROTECTION BUREAU**<br><br>**Hearing Date: November 21, 2014**<br>**Time: 2:00 p.m.**<br>**Courtroom: 10A**<br><br>**Discovery Cut-off: September 16, 2014**<br>**Pretrial Conference: January 23, 2015**<br>**Trial Date: February 10, 2015** |

**TO PLAINTIFF CONSUMER FINANCIAL PROTECTION BUREAU AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 21, 2014 at 2:00 p.m., in Courtroom 10A of the United States District of California, Hon. Josephine L. Staton presiding, defendants Morgan Drexen, Inc. and Walter Ledda ("Defendants") will and hereby do move this Court for partial summary judgment, pursuant to Federal Rule of Civil Procedure 56.

This Motion for Partial Summary Judgment is made following a conference of counsel pursuant to Local Rule 7-3 which took placed on October 1, 2014, between counsel for Plaintiff, Gabriel O'Malley, and counsel for Defendants, Randy Miller.

This Motion will be, and is made, on the grounds that CFPB's admissions and the sworn testimony demonstrate that alleged business model used by lawyers supported by Morgan Drexen itself does not violate the Telemarketing Sales Rule and that attorneys may provide concurrent debt settlement and bankruptcy services without violating the TSR. In addition, partial summary judgment should be granted as to Attorneys Cameron Hoorfar and Tami Munsch and consumer Libby Moore-Kile on the grounds that the unrefuted evidence establishes no violation with respect to Attorneys Cameron Hoorfar and Tami Munsch, nor consumer Libby Moore-Kile, even though Morgan Drexen provided support services with respect to these individuals; to the contrary, the evidence demonstrates no violation for Attorneys Hoorfar and Munsch, and substantial consumer benefits conferred in the case of Libby Moore-Kile, such that an order granting partial summary judgment as to those individuals is warranted and required.

The Motion for Summary Judgment is based on this Notice and Motion, the concurrently filed Memorandum of Points and Authorities, the concurrently filed Notice of Lodging Proposed Statement of Uncontroverted Facts and Conclusions of Law, the concurrently filed declarations and deposition excerpts, any reply brief

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

which may be filed in support of the motion, the files and records of this action, and any further evidence or argument the Court may properly receive at or before the hearing.

DATED: October 7, 2014

By: /s/ Gerald A. Klein
Attorneys for Defendants