CARA PETERSEN, D.C. Bar #476990
Acting Deputy Enforcement Director For Litigation
R. GABRIEL D. O'MALLEY, MA Bar # 651432
(E-mail: gabriel.o'malley@cfpb.gov)
(Phone: 202-435-9747)
SHIRLEY CHIU, IL Bar # 6296079
(E-mail: shirley.chiu@cfpb.gov)
(Phone: 202-435-7592)
JAN SINGELMANN, D.C. Bar # 999087
(E-mail: jan.singelmann@cfpb.gov)
(Phone: 202-435-9670)
1700 G Street NW
Washington, DC 20552
Fax: (202) 435-7722

KENT KAWAKAMI, CA Bar # 149803 – Local Counsel
(Phone: 213-894-4858)
(E-mail: Kent.Kawakami@usdoj.gov)
United States Attorney's Office
Central District of California - Civil Division
300 North Los Angeles Street, Room 7516
Los Angeles, CA 90012
Fax: (213) 894-2380

Attorneys for Plaintiff
Consumer Financial Protection Bureau

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>Morgan Drexen, Inc.,<br>and<br>Walter Ledda, individually, and as owner, officer, or manager of Morgan Drexen, Inc.,<br>Defendants. | Case No. SACV13-01267 JLS (JEMx)<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY AJDUDICATION OF THE ISSUES AGAINST DEFENDANTS**<br><br>**HON. JOSEPHINE L. STATON**<br><br>**Hearing Date: November 21, 2014**<br>**Time: 2:00pm**<br>**Place: Courtroom 10-A (Santa Ana)** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on August November 21 at 2:00p.m., before the Honorable Josephine L. Staton, in Courtroom 10-A of the United States District Court for the Central District of California, 411 West Fourth Street, Santa Ana, CA 92701-4516, plaintiff, Consumer Financial Protection Bureau ("Bureau") will and hereby does move the Court to grant its Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56.

This Motion is made following a conference of counsel pursuant to L.R. 7-3, which took place telephonically on September 30, 2014.

This Motion is based upon this written notice, Plaintiff's Memorandum of Points and Authorities; Plaintiff's Statement of Uncontroverted Facts and Conclusions of Law; exhibits in support of Plaintiff's Statement of Uncontroverted Facts; the complete files and records of this case, and upon such other and further evidence and/or testimony as may be presented to the Court.

Respectfully submitted,

PLAINTIFF

CARA PETERSEN
Assistant Deputy Enforcement Director For Litigation

/s/ R. Gabriel D. O'Malley________
R. Gabriel D. O'Malley
(E-mail: gabriel.o'malley@cfpb.gov)
(Phone: 202-435-9747)
Shirley Chiu
(E-mail: Shirley.chiu@cfpb.gov)
(Phone: 202-435-7592)
Jan Singelmann
(E-mail: jan.singelmann@cfpb.gov)
(Phone: 202-435-9670)
*Enforcement Attorneys*
Consumer Financial Protection Bureau

1700 G Street NW
Washington, DC 20552
Fax: (202) 435-7722

Dated: October 7, 2014