UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 13-1267-JLS (JEMx) | Date | October 16, 2014 |
| Title | CONSUMER FINANCIAL PROTECTION BUREAU v MORGAN DREXEN INC et al | | |

| | |
|---|---|
| Present: The Honorable | John E. McDermott, United States Magistrate Judge |

| | |
|---|---|
| S. Anthony | CS 10/16/2014 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Gabriel O'Malley, Esq.<br>Jan Singelmann, Esq.<br>CONSUMER FINANCIAL PROTECTION BUREAU | Gerald A. Klein, Esq.<br>LAW OFFICE OF KLEIN & WILSON APC |

**Proceedings:** SETTLEMENT CONFERENCE

Settlement conference held October 16, 2014. The matter was called and the parties stated their appearances. Walter Ledda, Chief Executive Officer of Morgan Drexen and Jeffrey Katz, General Counsel of Morgan Drexen also appeared.

Counsel proceed, off the record, with the Settlement Conference before Magistrate Judge McDermott. The matter did not settle. Parties are ordered to return for another settlement conference immediately after a ruling on the pending cross-motions for summary judgment.

1 : 21

Initials of Preparer sa