UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SACV 13-01267-JLS (JEMx) Date: November 19, 2014

Title: Consumer Financial Protection Bureau v. Morgan Drexen Inc. et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Terry Guerrero | N/A |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER TAKING MATTERS UNDER SUBMISSION (Docs. 166, 145)**

Before the Court is Plaintiff's Motion for Summary Judgment and Defendants' Partial Motion for Summary Judgment. (Docs. 166, 145.) The Court finds these matters appropriate for disposition without oral argument and takes the matters under submission. Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15. Accordingly, the hearing set for November 21, 2014, at 2:30 p.m. is VACATED.

Initials of Preparer: tg