1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>      Plaintiff,<br><br>      v.<br><br>Morgan Drexen, Inc.,<br>and Walter Ledda, individually, and as owner, officer, or manager of Morgan Drexen, Inc.,<br>      Defendants. | Case No. SACV13-01267 JLS (JEMx)<br><br>**FINAL JUDGMENT AGAINST DEFENDANT MORGAN DREXEN, INC.** |

Plaintiff Consumer Financial Protection Bureau's Motion to Enter Final Judgment Against Defendant Morgan Drexen, Inc. having come before the Court, and for the reasons stated in the Court's Order issued concurrently herewith,

**IT IS ORDERED:**

1. <u>Restitution</u>: Judgment for equitable monetary relief is entered in favor of the CFPB and against Morgan Drexen in the amount of $132,882,488 as restitution for the unlawful up-front fees and other fees paid by Affected Consumers.

2. <u>Civil Penalty</u>: Judgment for a civil money penalty is entered in favor of the CFPB and against Morgan Drexen in the amount of $40,000,000.

3. <u>Permanent Injunction</u>: This Final Judgment incorporates by reference the Court's Permanent Injunction, entered on June 18, 2015.  Nothing in this Final Judgment is intended to modify the terms set forth therein.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction of this matter for purposes of construction, modification, and enforcement of this Order.

**IT IS SO ORDERED.**

Dated: March 16, 2016

_____

Hon. Josephine L. Staton
United States District Judge